# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00126-CV

**Soorena Sharifi, Appellant**

**v.**

**Sonia Danielle Sharifi, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT NO. 13-0566-F425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have now filed a joint motion requesting that we reverse the district court's judgment and remand the cause for entry of judgment in accordance with their Mediated Settlement Agreement. We grant the parties' motion, set aside the district court's judgment without regard to the merits, and remand the case to the district court for rendition of judgment in accordance with the parties' agreement.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Vacated and Remanded

Filed: September 17, 2014

_____

[1] *See* Tex. R. App. P. 42.1(a)(2)(B).